No. 25-4047

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED FARM WORKERS OF AMERICA, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
District Court Case No. 1:25-cv-00246

DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF
TIME IN WHICH TO FILE THEIR OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 31 and Ninth Circuit Rule 31-2.2(b), the Defendants-Appellants ("Defendants") move for a 30-day extension of time, up to and including August 27, 2025, to file the opening brief currently due on July 28, 2025. The Defendants make this extension request for good cause. On June 26, 2025, the Defendants filed a notice of appeal of the district court's April 29, 2025 order granting Plaintiffs' motion for a preliminary injunction and

provisional class certification. *See* Justice Manual § 2-2.132 ("If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal should be filed in order to preserve the government's right to appeal"); *United Farm Workers, et al. v. Noem, et al.*, 1:25-cv-00246, ECF No. 59. The decision to appeal lies with the Office of the Solicitor General and an appeal determination is still pending in this case. *See* 28 C.F.R. § 0.20(b). The Defendants therefore seek additional time to complete the appeal determination process and to draft Defendants' opening brief should the Office of the Solicitor General determine this case should be appealed.

Plaintiffs-Appellees do not oppose this motion. Defendants do not oppose Plaintiffs-Appellees, in turn, seeking a 30-day extension in which to file their answering brief.

WHEREFORE, Defendants respectfully request that this Court grant this motion to extend the due date of the opening brief, up to and including, August 27, 2025.

                                            Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            SHELLEY R. GOAD
                                            Assistant Director

                                            <u>/s/ Tim Ramnitz</u>
                                            TIM RAMNITZ
                                            Senior Litigation Counsel
                                            Office of Immigration Litigation
                                            Civil Division, U.S. Department of Justice
                                            P.O. Box 878, Ben Franklin Station
                                            Washington, D.C. 20044
                                            T: (202) 616-2686
                                            Tim.ramnitz@usdoj.gov

Date: July 21, 2025                      Attorneys for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 21, 2025. I certify that all participants in the case are registered CM/ECF users and that service on Plaintiffs will be accomplished thereby.

/s/ TIM RAMNITZ
Tim Ramnitz
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
T: (202) 616-2686
Tim.ramnitz@usdoj.gov